UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE W. ALBERTSON, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. CV 12-2508-JPR <br><br> JUDGMENT |

For the reasons set forth in the accompanying Order of Remand, judgment is entered in Plaintiff's favor and this case is REMANDED to the Commissioner for proceedings consistent with the Ninth Circuit's July 21, 2016 judgment.

DATED: September 15, 2016

_____
JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE